# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-03042-01-CR-S-RED |
| | ) | |
| DAVID TEAGUE, | ) | |
| | ) | |
| Defendant . | ) | |

### REPORT AND RECOMMENDATION

On September 11, 2006, defendant filed a motion for evaluation pursuant to 18 U.S.C. §§ 4241 and 4242. Thereafter, on September 12, 2006, the evaluation was ordered. The evaluation was conducted at the Metropolitan Correctional Center, Chicago, Illinois, and a psychological report was filed with the Court on March 2, 2007. The matter was called for a hearing. The defendant appeared in person and with counsel. There was no evidence presented, other than the report previously mentioned above. The mental health experts at the Metropolitan Correctional Center concluded that the defendant is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

RECOMMENDED that the defendant be declared competent to stand trial.

      /s/ James C. England
**JAMES C. ENGLAND, CHIEF
UNITED STATES MAGISTRATE JUDGE**

Date: March 8, 2007