# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-03042-01-CR-S-RED |
| | ) | |
| DAVID TEAGUE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore ORDERED that the defendant be declared competent to stand trial.

         */s/ Richard E. Dorr*
         **RICHARD E. DORR**
         **UNITED STATES DISTRICT JUDGE**

Date: March 29, 2007